POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>Amanda Seabock,, Center of Disability Access<br>8033 Linda Vista Road, Suite 200<br>San Diego , Ca 92111<br>　　　　　TELEPHONE NO:　　　　　　　　　　　FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>　　　　　ATTORNEY FOR *(Name)*: | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>　　STREET ADDRESS:<br>　MAILING ADDRESS:<br>CITY AND ZIP CODE:<br>　　　BRANCH NAME:  Northern District of California | |
| PLAINTIFF / PETITIONER:  Garcia<br>DEFENDANT / RESPONDENT:  Guadalajara Enterprises, Inc. et. al | CASE NUMBER:<br>3:21-cv-08579-LB |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>6395969 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [X] other *(specify documents)*:   Notice Of Consent To Electronic Service; Civil Cover Sheet; Certificate of Interested Entities; Initial Case Management Scheduling Order for Cases Asserting Denial of Right of Access under America(5);Civil-Standing-Order; settlement-conference-standing-order; Standing_Order_All_Judges; Advisory Notice To Defendant [Per California Civil Code 55.54(A)(1)]; State Law Requires That You Get This Important Advisory Information For Building Owners And Tenants [Per California Civil Code 55.3(B)(1)(A)]; Defendant's Application Pursuant To Civil Code Section 55.54 Case Number: For Stay And Early Evaluation Conference; Notice Of Stay Of Proceedings And Early Evaluation Conference
3. a. Party served *(specify name of party as shown on documents served)*:
      JESSICA NGHI
   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:
   14307 CA Highway 185 San Leandro, CA 94578
5. I served the party *(check proper box)*
   a. [ ] **by personal service**. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:　　　　　　　　　　(2) at *(time)*:
   b. [X] **by substituted service**. On *(date)*:  12/16/2021　　　　at *(time)*:  2:48 PM　　　　I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
      Mari Doe- Person in charge
      (1) [X] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [X] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:  12/29/2021
         from *(city)*:  San diego　　　　　　　　　　　　　　　　　　　　　　or [ ] a declaration of mailing is attached.
      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Page 1 of 2<br>Code of Civil Procedure, § 417.10 |
|---|---|---|

| | |
|---|---|
| PLAINTIFF / PETITIONER: Garcia<br>DEFENDANT / RESPONDENT: Guadalajara Enterprises, Inc. et. al | CASE NUMBER:<br>3:21-cv-08579-LB |

5.    c.    [ ]   **by mail and acknowledgment of receipt of service**. I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
        (1)   on *(date)*:        (2)   from *(city)*:
        (3)   [ ]   with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)
        (4)   [ ]   to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
   d.    [ ]   **by other means** *(specify means of service and authorizing code section)*:

         [ ]   Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a.   [X]   as an individual defendant.
   b.   [ ]   as the person sued under the fictitious name of *(specify)*:
   c.   [ ]   as occupant.
   d.   [ ]   On behalf of *(specify)*:    JESSICA NGHI
         under the following Code of Civil Procedure section:
         [ ] 416.10 (corporation)      [ ] 415.95 (business organization, form unknown)
         [ ] 416.20 (defunct corporation)      [ ] 416.60 (minor)
         [ ] 416.30 (joint stock company/association)      [ ] 416.70 (ward or conservatee)
         [ ] 416.40 (association or partnership)      [ ] 416.90 (authorized person)
         [ ] 416.50 (public entity)      [ ] 415.46 (occupant)
         [ ] other:

7. **Person who served papers**
   a.   Name:    Michael Bliss
   b.   Address:    Wolf Pac Services, 20885 Redwood Rd. #337 , Castro Valley, CA 94546
   c.   Telephone number:    (888) 897-3783
   d.   **The fee** for service was:    30$
   e.   I am:
      (1)   [ ]   not a registered California process server.
      (2)   [ ]   exempt from registration under Business and Professions Code section 22350(b).
      (3)   [X]   a registered California process server:
          (i)   [ ] owner    [ ] employee    [X] independent contractor
          (ii)   Registration No:    721
          (iii)   County:    Alameda

8.   [X]   **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
       or
9.   [ ]   **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date:
Michael Bliss

(NAME OF PERSON WHO SERVED PAPERS / SHERIFF OR MARSHAL)                (SIGNATURE)